074358.0211(207)　　　　　　　　　　RMC:ljl　　　　　　　　　　　　#397

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **AMERICAN ALTERNATIVE INSURANCE CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | No. 14 C 1235 |
| **METRO PARAMEDIC SERVICES, INC.,** an Illinois corporation, **SHANNON VOLLING, JULIE BANSER, and APRIL SOULAK,** | ) ) ) ) ) | Judge Tharp |
| **Defendants.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, American Alternative Insurance Corporation, by its attorneys, Robert Marc Chemers and Peter G. Syregelas of Pretzel & Stouffer, Chartered, hereby appeals to the United States Court of Appeals for the 7th Circuit from the Opinion and Order dated December 12, 2014 (Doc. 34), the Order of January 7, 2015 (Doc. 38), and the Final Judgment Order dated June 10, 2015 (Docs. 61 and 62).

Dated this 19th day of June, 2015.

Respectfully submitted:

**/s/ Robert Marc Chemers**
Robert Marc Chemers Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7548
Fax: (312) 346-8242
E-Mail: rchemers@pretzel-stouffer.com
*Attorneys for Plaintiff*

Robert Marc Chemers
Peter G. Syregelas
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
(312) 346-1973
***Attorneys for Plaintiff***

074358.0211(207)     RMC:ljl     #397

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.  14 C 1235 |
| METRO PARAMEDIC SERVICES, INC., ) an Illinois corporation, SHANNON ) VOLLING, JULIE BANSER, and APRIL ) SOULAK, ) Defendants. ) | Judge Tharp |

## CERTIFICATE OF SERVICE

I certify that on **June 19, 2015**, I electronically filed Plaintiff's Circuit Rule 3(c)(1) Notice of Appeal with the Clerk of the Court by using the CM/EFC system which will send notification of such filing to all counsel of record.

Respectfully submitted:

**s/ Robert Marc Chemers**
Robert Marc Chemers - Bar Number: 00431508
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7548
Fax:             (312) 346-8242
E-Mail:  rchemers@pretzel-stouffer.com

Robert Marc Chemers
Peter G. Syregelas
Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
(312) 346-1973
*Attorneys for Plaintiff*